**SEND** FILED

2004 NOV -2 PM 4:00

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

**UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E2INTERACTIVE, INC<br><br>PLAINTIFF(S)<br><br>V.<br><br>KWIKSYSTEMS, LLC, ET AL<br>DEFENDANT(S) | CASE NUMBER<br>CV04- 9074 ABC (RZx)<br><br>**NOTICE TO PARTIES OF ADR PILOT PROGRAM** |

Dear Counsel,

The district judge to whom the above-referenced case has been assigned is participating in an ADR Pilot Program. All counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removal case) is directed to concurrently file the Questionnaire with the report required under Federal Rules of Civil Procedure 26(f).

Clerk, U.S. District Court

11/02/04                          By: DANAJ

Date                              Deputy Clerk

DOCKETED ON CM
NOV - 8 2004
BY _____ 019

cc: ADR Program Coordinator

---

ADR-8 (01/03)                NOTICE TO PARTIES OF ADR PILOT PROGRAM