Michael B. Fisher
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500

Los Angeles, California  90017-2457
(213) 891-0700

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E2 INTERACTIVE, INC. AND INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC.<br><br>v.                                                   Plaintiff(s), <br><br>QUIKSYSTEMS, LLC, ET AL.<br><br>                                                   Defendant(s). | CASE NUMBER<br><br>CV 04-9074 ABC (RZx)<br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PLEASE TAKE NOTICE: (*Check one*)

[X] This action is dismissed by the Plaintiff(s) in its entirety.

[ ] The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

[ ] ONLY Defendant(s) _____

_____
is/are dismissed from (*check one*)  [ ] Complaint, [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party
Claim brought by _____

Priority ✓
Send ✓
Enter ___
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

LODGED
2006 JAN 31 PM
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES

January 31, 2006
        Date

_____
Signature of Attorney/Party
Michael B. Fisher, Esq.
Attorney for Plaintiffs

*NOTE: F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

DOCKETED ON CM
FEB 2 2006
BY _____ 026

| | | |
|---|---|---|
| CV-9 (07/01) | NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41 (a) or (c) | CCD-09 |

**ORIGINAL**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017-2457.

On the date set forth below, I served the foregoing document described as:

**NOTICE OF DISMISSAL**

on all other parties and/or their attorney(s) of record to this action by _____ faxing and/or _____ placing a true copy thereof in a sealed envelope as follows:

**SERVICE LIST**

Christine Friar, Esq.
Morgan Lewis & Bockius LLP
300 S. Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132

**BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Los Angeles, California on January 31, 2006. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on January 31, 2006, at Los Angeles, California.

Axel Perez

(Signature)

**NOTICE OF DISMISSAL**